

*A JOINT RESOLUTION OF THE 54ᵀᴴ LEGISLATURE,*

# STATE OF ARIZONA

*TO*

*THE 116ᵀᴴ CONGRESS, OFFICE OF THE PRESIDENT OF THE SENATE, PRESIDING.*

WHEREAS, it is the constitutional and legal obligation of the Legislature of the State of Arizona to ensure that the state's presidential electors truly represent the will of the voters of Arizona; and

WHEREAS, pursuant to the direction of Congress as set forth in United States Code, title 3, section 1 as authorized by Article II, section 1, clause 4 of the Constitution of the United States, and state law adopted pursuant thereto, Arizona conducted an election for presidential electors on the Tuesday next after the first Monday in November of 2020—that is, on November 3, 2020; and

WHEREAS, that election was marred by irregularities so significant as to render it highly doubtful whether the certified results accurately represent the will of the voters; and

WHEREAS, Congress has further directed in U.S. Code, title 3, section 2 that when a state "has held an election for the purpose of choosing electors, and has failed to make a choice on the day prescribed by law, the electors may be appointed on a subsequent day in such manner as the legislature of such State may direct"; and

**EXHIBIT A**

WHEREAS, that provision implicitly recognizes that Article II, Section 1, Clause 2 of the U.S. Constitution grants to each state legislature, with stated limitations, the sole authority to prescribe the manner of appointing electors for that state; and

WHEREAS, the United States Supreme Court and other courts have explained that when a state legislature directs the manner of appointing electors, it does so pursuant to a grant of authority from the U.S. Constitution rather than by reason of any state constitutional or other legal provision; that this authority may be exercised by the legislature alone without other aspects of the normal lawmaking process; and that the state legislature's authority over the appointment of presidential electors is plenary and may be resumed at any time; and

WHEREAS, because U.S. Code, title 3, section 7 mandates that all presidential electors vote for President and Vice President of the United States on December 14, 2020, it is impossible to pursue the Legislature's preferred course of action, which would be for Arizona's voters to participate in a new and fair and free presidential election before that date; and

WHEREAS, in view of the facts heretofore recited, the Legislature is required to exercise its best judgment as to which slate of electors the voters prefer; and

WHEREAS, legal precedent exists where in 1960 the State of Hawaii sent an alternate slate of electors while the Presidential election was still in question in order to meet the deadline of selecting electors, and upon recount the alternate slate of electors' ballots were ultimately counted; and

WHEREAS, the undersigned have an obligation to find the truth. For this reason, on several occasions since November 3, we state lawmakers have requested fact-finding hearings to include a comprehensive and independent forensic audit. At this time, no such audit has been authorized. This leaves the uncertainty of the election results in a state that requires further investigation and resolution; and

WHEREAS, the Senate Judiciary standing committee today called for a forensic audit of various election irregularities, ongoing litigation is currently active, and there are unresolved disputes by both the Legislature and at least one Presidential campaign, rendering the election inconclusive as of date of signing of this letter,

THEREFORE,

Be it resolved by the undersigned Legislators, members of the Arizona House and Senate, request that the alternate 11 electoral votes be accepted for to Donald J. Trump or to have all electoral votes nullified completely until a full forensic audit can be conducted.  Be it further resolved that the United States Congress is not to consider a slate of electors from the State of Arizona until the Legislature deems the election to be final and all irregularities resolved

Signed this day, 14 December, 2020.

_____
Senator Elect Kelly Townsend
Legislative District 16

_____
Representative Bret Roberts
Legislative District 11

_____
Senator Paul Boyer
Legislative District 20

_____
Representative Kevin Payne
Legislative District 21

_____
Representative Mark Finchem
Legislative District 11

_____
Senator David Farnsworth
Legislative District 16

Senator Sonny Borrelli
Legislative District 5

Representative Leo Biasiucci
Legislative District 5

Representative Anthony Kern
Legislative District 20

Representative David Cook
Legislative District 8

Senator Sylvia Allen
Legislative District 15

Representative John Fillmore
Legislative District 16

Senator Elect Nancy Barto
Legislative District 15

Representative Travis Grantham
Legislative District 12

Majority Leader Warren Petersen
Legislative District 12

Representative Walter Blackman
Legislative District 6

Representative Steve Pierce
Legislative District 1

Representative Shawnna Bolick
Legislative District 20

Representative Tony Rivero

Representative Noel Campbell