IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LOUIE GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD, <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, in his official capacity, <br><br> Defendant. | Civil Action No. 6:20-cv-00660-JDK <br><br><br> (Election Matter) |

## [PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME

The Court has before it Motion to Shorten Time for Response to Plaintiff's Emergency Motion for Expedited Declaratory Judgment and Emergency Injunctive Relief and Request for Expedited Scheduling Order, pursuant to Local Rule CV-7(e). Having reviewed the Motion and any response thereto, the Court finds that the Motion should be GRANTED.

IT IS HEREBY ORDERED that the following schedule shall apply to Plaintiff's Emergency Motion for Expedited Declaratory Judgment and Emergency Injunctive Relief ("Plaintiff's Motion"):

1. Defendant shall file and serve a response to Plaintiff's Motion no later than 5:00 p.m., Central Time, Wednesday, December 30, 2020.

2. Plaintiffs shall file and serve any reply to Defendant's response no later than 9:00 a.m., Central Time, Thursday, December 31, 2020.

3. Hearing on Plaintiff's Motion shall take place in the Courtroom for this Court, located in the William M. Steger Federal Building and United States Courthouse

211 West Ferguson Street Room 106, Tyler, Texas 75702 at ____ o'clock ___.M., Thursday, December 31, 2020. Counsel who cannot attend in person shall advise the Court in writing no later than _____ to make arrangements to attend by telephone or video conferencing.

**SO ORDERED.**