AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Louis Buller Gohmert, Jr., Tyler Bowyer, Nancy Cottle, Jake Hoffman, Anthony Kern, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Kelli Ward & Michael Ward <br><br> *Plaintiff(s)* <br> v. <br> The Honorable Michael R. Pence, Vice President of the United States, in his official capacity <br><br> *Defendant(s)* | Civil Action No. 6:20-cv-00660-JDK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hon. Michael R. Pence
Vice President of the United States
1 Observatory Circle NW
U.S. Naval Observatory
Washington, DC 20008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  William Lewis Sessions
Sessions & Associates, PLLC
14591 North Dallas Parkway, Suite 400
Dallas, TX 75254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 12/28/20

*CLERK OF COURT*

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:20-cv-00600-JDK-JDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Pursuant to Fed. R. Civ. P. 4(i)(2), I "sen[t] a copy of the summons and of the complaint by registered or certified mail to [Vice President Pence]" at both his White House office address and Naval Observatory official residence. (Because I served him twice as a precaution to ensure service, I am reporting below the cost for only one service.)

My fees are $ 0.00  for travel and $ 14.15 for services, for a total of $ 14.15 .

I declare under penalty of perjury that this information is true.

Date:  12/29/2020

/s/ Lawrence J. Joseph
*Server's signature*

Lawrence J. Joseph, Counsel for Plaintiffs
*Printed name and title*

Law Office of Lawrence J. Joseph
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:
A true and correct copy of the certified-mail receipts for service is attached.

