IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE HONORABLE LOUIE GOHMERT, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:20-cv-660-JDK |
| THE HONORABLE MICHAEL R. PENCE, | § § § § | |
| Defendant. | § § | |

**ORDER FOR EXPEDITED BRIEFING**

Before the Court is Plaintiffs' Motion to Shorten Time for Response to Plaintiffs Emergency Motion for Expedited Declaratory Judgment and Emergency Injunctive Relief and Request for Expedited Scheduling Order (Docket No. 7). The Court hereby **GRANTS** the motion **IN PART** and **ORDERS** the following schedule for briefing on Plaintiffs' emergency motion (Docket No. 2):

- Defendant's Response Due:   Thursday, December 31, 2020 by 5:00 p.m.
- Plaintiffs' Reply Due:   Friday, January 1, 2021 by 9:00 a.m.

No hearing will be held on the emergency motion absent further notice from the Court.

Counsel for Plaintiff is further **ORDERED** to immediately email a copy of this Order to Gregory F. Jacob, Counsel to the Vice President; Christopher Healy, U.S. Department of Justice; and Stephen J. Cox, U.S. Attorney for the Eastern District of Texas upon receipt.

2

**So ordered and signed on this**

Dec 29, 2020

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2