IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LOUIE GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOOREHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD,<br><br>    Plaintiffs,<br><br>v.<br><br>THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, in his official capacity,<br><br>    Defendant. | CIVIL ACTION NO. 6:20-cv-00660-JDK |

**PROPOSED ORDER**

**GRANTING LEAVE TO FILE AMICUS BRIEF**

The Court, having considered the Motion of John S. Campbell, putative Amicus Curiae, for leave to file an Amicus Brief in this action, it is hereby **ORDERED**

1) That the Motion for Leave to File Amicus Brief is **GRANTED**;

2) That the Request for Leave to register as a Filing User in the Electronic Filing System solely for purposes of the action, pursuant to Local Rule CV-5 is **GRANTED**;

3) That Amicus **SHALL** immediately contact the Clerk of this Court to make all arrangements with the Amicus to complete such registration; and

4) That Amicus **SHALL FILE** file his Amicus Brief, using the court's Electronic Filing System, **NO LATER THAN** _____, _____,

**DONE** this the \_\_\_\_ day of December, 2020.

_____
DISTRICT JUDGE