

ORIGIN ID:MOBA  (251) 605-5675
JOHN CAMPBELL
17 OAKLAND TER
MOBILE, AL 36604
UNITED STATES US

SHIP DATE: 29DEC20
ACTWGT: 0.20 LB
CAD: 6994562/SSFE2121

BILL CREDIT CARD

TO
US DISTRICT COURT CLERK
211 W FERGUSON ST

TYLER TX 75702
(903) 590-1000    REF:
INV:
PO:             DEPT:



FedEx Express

RECEIVED
DEC 30 2020
Clerk, U.S. District Court
Texas Eastern

WED - 30 DEC 4:30P
TRK# 7820 4265 1378    STANDARD OVERNIGHT
0201

XX TYRA             75702
                 TX-US  SHV