Revised: 9/3/2015

**APPROVED**
By Belinda Saenz at 11:16 am, Dec 30, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_____Tyler_____ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __6:20-cv-00660-JDK__
Style/Parties: __Gohmert v. Pence__
2. Applicant is representing the following party/ies: __Alan Hamilton Kennedy__
3. Applicant was admitted to practice in __Colorado__ (state) on __10/28/2016__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ◉has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ◉has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ◉has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__U.S. Supreme Court, 10th Cir., D. Colo., Colorado, 3rd Cir., E./M./W. D. Pa., Pennsylvania__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Alan Hamilton Kennedy__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/30/2020__    Signature __/s/ Alan Kennedy__ (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print)  Alan Hamilton Kennedy

Bar Number /State  50275 / Colorado

Firm Name:

Address/P.O. Box:  1975 N Grant St Unit 421

City/State/Zip:  Denver, CO 80203

Telephone #:  (303) 345-3397

Fax #:

E-mail Address:  alan.kennedy@aya.yale.edu

Secondary E-Mail Address:

This application has been approved for the court on:  12/30/2020

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By  *Belinda Saenz*

Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once
approved, the clerk will email to you your new Login and  Password so that you will be able to
electronically file your application and pay the $100 fee on  line. If you already have a login and
password, you will still need to wait for approval email  from the clerk before filing your
electronic application.  For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

Email Application