IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE HONORABLE LOUIE GOHMERT, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:20-cv-660-JDK |
| THE HONORABLE MICHAEL R. PENCE, | § § § § | |
| Defendant, | § § | |
| and | § § | |
| ALAN KENNEDY, | § § § | |
| Proposed Intervenor-Defendant. | § | |

**[PROPOSED] ORDER**

**AND NOW**, this ___ day of ___, 20__, upon consideration of Proposed Intervenor-Defendant's Motion to Intervene, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

Upon consideration of Plaintiffs' Complaint, Plaintiffs' Emergency Motion for Expedited Declaratory Judgment and Emergency Injunctive Relief, and responsive filings by Defendant and Proposed Intervenor-Defendant, **IT IS HEREBY ORDERED** that Plaintiffs' emergency motion is **DENIED**, and Plaintiffs' complaint is **DISMISSED**.

BY THE COURT:

_____
THE HON. JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE