AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| The Honorable Louie Gohmert, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:20-cv-660-JDK |
| The Honorable Michael R. Pence | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. House of Representatives, Amicus Curiae .

Date:   12/31/2020

/s/ Douglas N. Letter
*Attorney's signature*

Douglas N. Letter, DC Bar No. 253492
*Printed name and bar number*

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, DC 20515
*Address*

douglas.letter@mail.house.gov
*E-mail address*

(202) 225-9700
*Telephone number*

(202) 226-1360
*FAX number*