# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

Louie Gohmert, Tyler Bowyer,

Nancy Cottle, Jake Hoffman,

Anthony Kern, James R. Lamon,

James Moorhead, Robert Montgomery,

Loraine Pellegrino, Greg Safsten,

Kelli Ward and Michael Ward

Plaintiffs

v.                                                           Civil Action No. 6:20-cv-00660

(Election Matter)

The Honorable Michael R. Pence, Vice

President of the United States,

in his official capacity,

Defendant

<u>Order Granting the Emergency Opposed Motion of Timothy P. Dowling to Intervene</u>

Came on properly for consideration on _____, 202\_\_ the Emergency Opposed Motion of Timothy P. Dowling ("Dowling") to Intervene ("Motion"). Upon consideration of the Motion, any response filed to the Motion, and all other relevant matters, the Court hereby finds that Dowling is entitled to intervene in this case as a matter of right pursuant to Federal Rule of Civil Procedure 24(a), but even if that was not the case, the Court further finds that Dowling should be permitted to permissively intervene in this case pursuant to Federal Rule of Civil Procedure 24(b). Accordingly Dowling is a party in this case and he shall be served by email sent to Relampago@aol.com, and he shall be entitled to participate in all hearings in this case (including being authorized to participate remotely by telephone or video conference call if the Court holds any hearings using either or both of those means of communication).

SO ORDERED.

Case 6:20-cv-00660-JDK   Document 19-2   Filed 12/31/20   Page 3 of 3 PageID #:  186