IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

Louie Gohmert, Tyler Bowyer,

Nancy Cottle, Jake Hoffman,

Anthony Kern, James R. Lamon,

James Moorhead, Robert Montgomery,

Loraine Pellegrino, Greg Safsten,

Kelli Ward and Michael Ward

Plaintiffs

v.　　　　　　　　　　　　　　　　Civil Action No. 6:20-cv-00660

　　　　　　　　　　　　　　　　　　(Election Matter)

The Honorable Michael R. Pence, Vice

President of the United States,

in his official capacity,

Defendant

<u>Order Dismissing this Case with Prejudice</u>

The Court has considered all of the documents filed in this case. Upon consideration of the same, the Court finds that there is no factual

1

or legal basis to support any of the relief granted by Plaintiffs.

Therefore this case is hereby dismissed with prejudice.

    SO ORDERED.