IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LOUIE GOHMERT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, in his official capacity, <br><br> *Defendant*. | Civil Action No. 6:20-cv-00660-JDK |

**[PROPOSED ORDER]**

THIS MATTER came before the Court on the unopposed motion by the U.S. House of Representatives for leave to file an *amicus curiae* brief in support of dismissal. The Court HEREBY ORDERS that the motion is GRANTED. The Clerk is directed to file the *amicus curiae* brief.