# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRCT OF TEXAS
## TYLER DIVISION

LOUIS GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD,

   Plaintiffs,

  v.

THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, in his official capacity.

   Defendant.

Civil Action No. 6:20-cv-00660-JDK

**(ELECTION MATTER)**

## PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR PLAINTIFFS' RESPONSE DEFENDANT'S AND INTERVENORS' BRIEFS IN OPPOSITION

Come now the Plaintiffs, U.S. Rep. Louie Gohmert (TX-1), Tyler Bowyer, Nancy Cottle, Jake Hoffman, Anthony Kern, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Kelli Ward, and Michael Ward, by and through their undersigned counsel. Plaintiffs request that this Court allow Plaintiffs to file a brief in response to the briefs to be filed by the Defendant and any Intervenors and *amicus curiae* briefs in opposition to Plaintiffs' Emergency Motion for Expedited Declaratory Judgment and Emergency Injunctive Relief that exceeds the 10-page limit established by L.R. CV-7.1(a)(1) for good cause shown in light of the important nature of this elections case and the constitutional issues raised therein.  In support thereof, Plaintiffs state:

1.  Defendant's and Intervenors' responses, motions and briefs are 64 pages in length.

2.  The legal issues raised in the Defendant's, Intervenors, and *Amicus Curiae* responses are numerous and distinct and require the discussion of multiple factors, along with an application of the complex Constitutional, substantive, and procedural law to the undisputed facts in this case. Plaintiffs require additional pages to adequately respond to these arguments.

3.  Plaintiffs request permission to file a brief of fifty (50) pages.

WHEREFORE, due to the important nature of this case and the legal questions presented, Plaintiffs' request to extend the page length to fifty (50) pages is warranted and reasonable in this case.

Dated: December 31, 2020

Respectfully submitted,

Howard Kleinhendler
Howard Kleinhendler Esquire
NY Bar No. 2657120
369 Lexington Ave., 12th Floor
New York, New York 10017
Tel: (917) 793-1188
Fax: (732) 901-0832
Email: howard@kleinhendler.com

Lawrence J. Joseph
DC Bar No. 464777
Law Office of Lawrence J. Joseph
1250 Connecticut Ave, NW, Suite 700-1A
Washington, DC 20036
Tel: (202) 355-9452
Fax: 202) 318-2254
Email: ljoseph@larryjoseph.com

William Lewis Sessions
Texas Bar No. 18041500
Sessions & Associates, PLLC
14591 North Dallas Parkway, Suite 400
Dallas, TX 75254
Tel: (214) 217-8855
Fax: (214) 723-5346
Email: lsessions@sessionslaw.net

Julia Z. Haller
DC Bar No. 466921
Brandon Johnson
DC Bar No. 491370
Defending the Republic
601 Pennsylvania Ave., NW
Suite 900
South Building
Washington, DC 20004
Tel: (561) 888-3166
Fax: (202) 888-2162
Email: hallerjulia@outlook.com
Email: brandoncjohnson6@aol.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I certify that as counsel for Plaintiffs, I have complied with the meet and confer requirement in Local Rule CV-7(h) in the following respects: I have personally contacted and spoken with Mr. John Coghlan, Deputy Assistant Attorney General from the Civil Division of the United States Department of Justice in Washington, D.C. whom I understand has authority to respond for Defendant Pence. Mr. Coghlan and I briefly discussed the substance of Plaintiffs' request and was told that Defendant does not oppose the motion.

Dated: December 31, 2020

William Lewis Sessions
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the date specified below, I electronically filed the foregoing motion (together with its accompanying proposed order) with the Clerk of the Court using the CM/ECF system and caused persons who have appeared of record and the following persons to be served by electronic mail as follows:

Gregory F. Jacob
Counsel to the Vice President
Office of the Vice President
Eisenhower Executive Office Building
Washington, DC 20501
E-mail: gregory.f.jacob@ovp.eop.gov

Stephen J. Cox
United States Attorney
350 Magnolia Ave., Suite 150
Beaumont, Texas 77701
E-mail: stephen.j.cox@usdoj.gov

Christopher Healy
U.S. Department of Justice, Civil Division,
Federal Programs Branch
1100 L St. NW | Washington, DC 20005
E-mail: Christopher.Healy@usdoj.gov

Douglas N. Letter
General Counsel
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, DC  20515
E-mail: Douglas.Letter@mail.house.gov

Alan Hamilton Kennedy
1975 N Grant St Unit 421, Denver, CO 80203
Email: alan.kennedy@aya.yale.edu

Dated: December 31, 2020

William Lewis Sessions
*Counsel for Plaintiffs*