IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LOUIE GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, in his official capacity,<br><br>    Defendant. | Civil Action No. 6:20-cv-00660-JDK<br><br>(Election Matter) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR PLAINTIFFS' REPLY DEFENDANT'S AND INTERVENORS' BRIEFS IN OPPOSITION**

The Court has before it Plaintiff's Unopposed Motion to Exceed Page Limits for Plaintiff's Reply to Defendant's and Intervenors' Briefs In Opposition. Having reviewed the Motion and noting that the Motion is unopposed, the Court finds that the Motion should be GRANTED.

IT IS HEREBY ORDERED that Plaintiff shall be permitted to file their Reply to Defendant's and Intervenors' briefs in Opposition with a length to not exceed 50 pages.

**SO ORDERED**.