# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| THE HONORABLE LOUIE GOHMERT, et al., § § § | |
| Plaintiffs, § § | |
| v. § § | Case No. 6:20-cv-660-JDK |
| THE HONORABLE MICHAEL R. PENCE, § § § § | |
| Defendant. § | |

## ORDER GRANTING LEAVE FOR EXCESS PAGES

Before the Court is Plaintiffs' motion to exceed page limits in their reply (Docket No. 23). The Court hereby **GRANTS** the motion and **ORDERS** that Plaintiffs may file a brief of up to fifty pages by Friday, January 1, 2021 at 9:00 a.m. addressing issues raised by Defendant, Intervenors, and *Amicus Curiae*.

**So ordered and signed on this**
**Dec 31, 2020**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE