# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LOUIE GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD,<br><br>       Plaintiffs,<br><br>v.<br><br>THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY.<br><br>       Defendant,<br><br>MICHELE LUNDGREN, MARIAN SHERIDAN, MESHAWN MADDOCK, MARI-ANN HENRY, AND AMY FACCHINELLO, IN THEIR OFFICIAL CAPACITY AS PRESIDENTIAL ELECTORS, REPRESENTING THEIR RESPECTIVE STATES.<br><br>       Intervenors. | Civil Action No. 6:20-cv-00660-JDK<br><br>**ORDER GRANTING INTERVENORS' MICHELE LUNDGREN ET.AL.'S MOTION TO INTERVENE**<br><br>(Election Matter) |

**ORDER GRANTING INTERVENORS' MICHELE LUNDGREN ET.AL.'S**
**UNOPPOSED MOTION TO INTERVENE**

On this day the Court considered the Motion to Intervene filed by Michele Lundgren, Marian Sheridan, Meshawn Maddock Mari-Ann Henry and Amy Facchinello in their official capacities as Presidential Electors for the State of Michigan and finds that such motion should be GRANTED.

IT IS ORDERED that the Motion to Intervene filed by Intervenors, Michele Lundgren, Marian Sheridan, Meshawn Maddock Mari-Ann Henry and Amy Facchinello, in their official capacities as Presidential Electors for the State of Michigan is GRANTED.