IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRCT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LOUIS GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD,<br><br>      Plaintiffs,<br><br>   v.<br><br>THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, in his official capacity.<br><br>      Defendant. | Civil Action No. 6:20-cv-00660-JDK<br><br><br><br>**(ELECTION MATTER)** |

## UNOPPOSED PLAINTIFFS' MOTION TO FILE RESPONSIVE BRIEF LATE

Come now the Plaintiffs, U.S. Rep. Louie Gohmert (TX-1), Tyler Bowyer, Nancy Cottle, Jake Hoffman, Anthony Kern, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Kelli Ward, and Michael Ward, by and through their undersigned counsel, and request that this Court allow Plaintiffs to file their responsive brief one hour late. In support thereof, Plaintiffs state:

Plaintiffs have employed a team of lawyers to prepare their responsive brief. During the course of preparation, Plaintiffs' counsel have encountered numerous technical incompatibilities in the software versions between Google Docs and Microsoft Word resulting in editing difficulties and text problems.

WHEREFORE, Plaintiffs request an extension of one hour of the deadline for filing their responsive brief.

Dated: January 1, 2021                                    Respectfully submitted,

| | |
|---|---|
| Howard Kleinhendler<br>Howard Kleinhendler Esquire<br>NY Bar No. 2657120<br>369 Lexington Ave., 12th Floor<br>New York, New York 10017<br>Tel: (917) 793-1188<br>Fax: (732) 901-0832<br>Email: howard@kleinhendler.com | /s/ William L. Sessions<br>William Lewis Sessions<br>Texas Bar No. 18041500<br>Sessions & Associates, PLLC<br>14591 North Dallas Parkway, Suite 400<br>Dallas, TX 75254<br>Tel: (214) 217-8855<br>Fax: (214) 723-5346<br>Email: lsessions@sessionslaw.net |
| Lawrence J. Joseph<br>DC Bar No. 464777<br>Law Office of Lawrence J. Joseph<br>1250 Connecticut Ave, NW, Suite 700-1A<br>Washington, DC 20036<br>Tel: (202) 355-9452<br>Fax: 202) 318-2254<br>Email: ljoseph@larryjoseph.com | Julia Z. Haller<br>DC Bar No. 466921<br>Brandon Johnson<br>DC Bar No. 491370<br>Defending the Republic<br>601 Pennsylvania Ave., NW<br>Suite 900<br>South Building<br>Washington, DC 20004<br>Tel: (561) 888-3166<br>Fax: (202) 888-2162<br>Email: hallerjulia@outlook.com<br>Email: brandoncjohnson6@aol.com |

*Counsel for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

I hereby certify that as counsel for Plaintiffs, I have complied with the meet and confer requirement in Local Rule CV-7(h) in the following respects: I have personally contacted and spoken with Mr. John Coghlan from the Civil Division of the United States Department of Justice in Washington, D.C. The contents of the foregoing Motion and the Defendant's position on same were discussed.  Defendant's counsel indicated that Defendant does not oppose the Motion

Dated: January 1, 2021                       /s/ William L. Sessions
                                             William Lewis Sessions
                                             *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing motion (together with its accompanying memorandum of law and proposed order) with the Clerk of the Court using the CM/ECF system. In addition, because counsel for the defendant has not yet filed an appearance, I served one true and correct copy via Federal Express, next-day delivery, on the defendant and on the United States Attorney for the Eastern District of Texas at the following addresses:

| | |
|---|---|
| Gregory F. Jacob | Stephen J. Cox |
| Counsel to the Vice President | United States Attorney |
| Office of the Vice President | 350 Magnolia Ave., Suite 150 |
| Eisenhower Executive Office Building | Beaumont, Texas 77701 |
| Washington, DC 20501 | Tel. (409) 839-2538 |
| Email: gregory.f.jacob@ovp.eop.gov | Fax: (409) 839-2550 |
| | Email: stephen.j.cox@usdoj.gov |

Dated: January 1, 2020                  __/s/ William Lewis Sesions_____
                                                     William Lewis Sessions
                                                       *Counsel for Plaintiffs*