IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRCT OF TEXAS TYLER
DIVISION

| | |
|---|---|
| LOUIS GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, in his official capacity.<br><br>      Defendant. | Civil Action No. 6:20-cv-00660-JDK<br><br><br><br><br><br>**(ELECTION MATTER)** |

## UNOPPOSED PLAINTIFFS' AMENDED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF

Come now the Plaintiffs, U.S. Rep. Louie Gohmert (TX-1), Tyler Bowyer, Nancy Cottle, Jake Hoffman, Anthony Kern, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Kelli Ward, and Michael Ward, by and through their undersigned counsel, and request that this Court extend the time for Plaintiffs to file their responsive brief by one hour. In support thereof, Plaintiffs state:

Plaintiffs have employed a team of lawyers to prepare their responsive brief. During the course of preparation, Plaintiffs' counsel have encountered numerous technical incompatibilities

in the software versions between Google Docs and Microsoft Word resulting in editing difficulties and text problems.

WHEREFORE, Plaintiffs request an extension of one hour of the deadline for filing their responsive brief.

Dated: January 1, 2021                                      Respectfully submitted,


| | |
|---|---|
| Howard Kleinhendler | /s/ William L. Sessions |
| Howard Kleinhendler Esquire | William Lewis Sessions |
| NY Bar No. 2657120 | Texas Bar No. 18041500 |
| 369 Lexington Ave., 12th Floor | Sessions & Associates, PLLC |
| New York, New York 10017 | 14591 North Dallas Parkway, Suite 400 |
| Tel: (917) 793-1188 | Dallas, TX 75254 |
| Fax: (732) 901-0832 | Tel: (214) 217-8855 |
| Email: howard@kleinhendler.com | Fax: (214) 723-5346 |
| | Email: lsessions@sessionslaw.net |
| Lawrence J. Joseph | Julia Z. Haller |
| DC Bar No. 464777 | DC Bar No. 466921 |
| Law Office of Lawrence J. Joseph | Brandon Johnson |
| 1250 Connecticut Ave, NW, Suite 700-1A | DC Bar No. 491370 |
| Washington, DC 20036 | Defending the Republic |
| Tel: (202) 355-9452 | 601 Pennsylvania Ave., NW |
| Fax: 202) 318-2254 | Suite 900 |
| Email: ljoseph@larryjoseph.com | South Building |
| | Washington, DC 20004 |
| | Tel: (561) 888-3166 |
| | Fax: (202) 888-2162 |
| | Email: hallerjulia@outlook.com |
| | Email: brandoncjohnson6@aol.com |

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that as counsel for Plaintiffs, I have complied with the meet and confer requirement in Local Rule CV-7(h) in the following respects: I have personally contacted and spoken with Mr. John Coghlan from the Civil Division of the United States Department of Justice in Washington, D.C. The contents of the foregoing Motion and the Defendant's position on same were discussed. Defendant's counsel indicated that Defendant does not oppose the Motion

Dated: January 1, 2021 /s/ William L. Sessions
William Lewis Sessions
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing motion (together with its accompanying memorandum of law and proposed order) with the Clerk of the Court using the CM/ECF system and served all counsel of record

Dated: January 1, 2020            __/s/ William Lewis Sessions_____
William Lewis Sessions
*Counsel for Plaintiffs*