IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LOUIE GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, in his official capacity,<br><br>    Defendant. | Civil Action No. 6:20-cv-00660-JDK<br><br>(Election Matter) |

**ORDER GRANTING PLAINTIFFS' MOTION TO
FILE PLAINTIFFS' REPLY BRIEF LATE**

The Court has before it Plaintiff's Motion to File Plaintiffs' Reply Brief Late. Having reviewed the Motion, the Court finds that the Motion should be GRANTED.

IT IS HEREBY ORDERED that Plaintiffs shall be permitted to file their Reply to Defendant's and Intervenors' briefs in Opposition by 10:00 a.m., Central Standard Time, January 1, 2021.

So **ORDERED** and **SIGNED** this **1st**   day of **January, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE