# In 2017, At Least Seven House Democrats Sought To Object To Electoral Votes In Favor Of President Trump:

- Jim McGovern Said "The Electors Were Not Lawfully Certified, Especially Given The Confirmed And Illegal Activities Engaged By The Government Of Russia." (CNN (https://outreach.senate.gov/iqextranet/iqClickTrk.aspx?&cid=SenHawley&crop=14310.6298941.5866468.7119050&report_id=&redirect=https%3a%2f%2fwww.cnn.com%2college-vote-count-objections%2findex.html&redir_log=106450293475627), 1/6/17)
- Raul Grijalva Objected After North Carolina's Tally. (CNN (https://outreach.senate.gov/iqextranet/iqClickTrk.aspx?&cid=SenHawley&crop=14310.6298941.5866468.7119050&report_id=&redirect=https%3a%2f%2fwww.cnn.com%2college-vote-count-objections%2findex.html&redir_log=106450293475627), 1/6/17)
- Pramila Jayapal Objected To Georgia's Vote Certificate. (CNN (https://outreach.senate.gov/iqextranet/iqClickTrk.aspx?&cid=SenHawley&crop=14310.6298941.5866468.7119050&report_id=&redirect=https%3a%2f%2fwww.cnn.com%2college-vote-count-objections%2findex.html&redir_log=106450293475627), 1/6/17)
- Jamie Raskin Objected To 10 Of Florida's 29 Electoral Votes, Saying "They Violated Florida's Prohibition Against Dual Office Holders." (CNN (https://outreach.senate.gov/iqextranet/iqClickTrk.aspx?&cid=SenHawley&crop=14310.6298941.5866468.7119050&report_id=&redirect=https%3a%2f%2fwww.cnn.com%2college-vote-count-objections%2findex.html&redir_log=106450293475627), 1/6/17)
- Maxine Waters Objected. (CNN (https://outreach.senate.gov/iqextranet/iqClickTrk.aspx?&cid=SenHawley&crop=14310.6298941.5866468.7119050&report_id=&redirect=https%3a%2f%2fwww.cnn.com%2college-vote-count-objections%2findex.html&redir_log=106450293475627), 1/6/17)

Issues

General (/issues/general)

‹ (/HAWLEY-WONT-CONSENT-NDAA-PREVIOUSVOTE-WITHOUT-VOTE-2000-DIRECT-ASSISTANCE)



 (https://www.facebook.com/SenatorHawley/)      (https://twitter.com/SenHawleyPress)

 (https://www.youtube.com/channel/UCMzt8xq6qQ3XQ_DINfJx0-w)

 (https://www.instagram.com/senatorhawley/)

## Sign up for Updates

**EXHIBIT B**