# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LOUIE GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY.<br><br>　　　　　Defendant,<br><br>MICHELE LUNDGREN, MARIAN SHERIDAN, MESHAWN MADDOCK, MARI-ANN HENRY, AND AMY FACCHINELLO, IN THEIR OFFICIAL CAPACITY AS PRESIDENTIAL ELECTORS, REPRESENTING THEIR RESPECTIVE STATES.<br><br>　　　　　Intervenors. | Civil Action No. 6:20-cv-00660-JDK<br><br><br>**ORDER GRANTING INTERVENORS' MICHELE LUNDGREN ET.AL.'S UNOPPOSED MOTION TO FOR EXTENSION OF TIME**<br><br>(Election Matter) |

**ORDER GRANTING INTERVENORS' MICHELE LUNDGREN ET.AL.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF**

TO THE HONORABLE COURT:

On this day the Court heard and considered the motion for extension of time to file a brief of Intervenors Michele Lundgren, Marian Sheridan, Meshawn Maddock Mari-Ann Henry and Amy Facchinello and finds that the motion should be GRANTED.

IT IS ORDERED that Intervenors Michele Lundgren, Marian Sheridan, Meshawn Maddock Mari-Ann Henry and Amy Facchinello may file a brief on or before 15 minutes after the brief of Plaintiffs is filed on January 1, 2021.