# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LOUIE GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD,<br><br>        Plaintiffs,<br><br>v.<br><br>THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY.<br><br>        Defendant,<br><br>MICHELE LUNDGREN, MARIAN SHERIDAN, MESHAWN MADDOCK, MARI-ANN HENRY, AND AMY FACCHINELLO, IN THEIR OFFICIAL CAPACITY AS PRESIDENTIAL ELECTORS, REPRESENTING THEIR RESPECTIVE STATES.<br><br>        Intervenors. | Civil Action No. 6:20-cv-00660-JDK<br><br>**INTERVENORS' MICHELE LUNDGREN ET.AL.'S BRIEF IN SUPPORT OF EMERGENCY RELIEF REQUESTED BY PLAINTIFFS AND IN RESPONSE TO DEFENDANT AND OTHERS.**<br><br>(Election Matter) |

**INTERVENORS' BRIEF IN SUPPORT OF EMERGENCY RELIEF REQUESTED BY PLAINTIFFS AND IN RESPONSE TO BRIEF OF DEFENDANT AND OTHERS**

TO THE HONORABLE COURT:

Michele Lundgren, Marian Sheridan, Meshawn Maddock Mari-Ann Henry and Amy Facchinello in their official capacities as Presidential Electors for the State of Michigan (hereinafter referred to as the "Michigan Electors") submit the following Brief in support of the emergency relief requested by Plaintiffs and in response to the Brief of Defendant (Dkt. #18), filed December 31, 2020, and the briefing of the other Amicus and others (Dkt. ##19 22), filed December 31, 2020, and say:

**I**.

The Michigan Electors Intervenors fully support and affirm "Plaintiffs' Emergency Motion for Expedited Declaratory Judgment and Emergency Injunctive Relief" (Dkt. #2) filed on December 28, 2020 in this action and incorporate and adopt the arguments and authorities stated therein for all purposes and urged the Court to affirm the reasoning and arguments contained therein. Intervenors, without restating and re-arguing points of law already addressed in Plaintiffs' Brief, fully support and affirm Plaintiffs' Brief in response to the Brief of Defendant and others (Dkt. #30) filed in this action on January 1, 2020 and urge the Court to adopt and affirm the reasoning and issues addressed therein. Because the briefing done by Plaintiffs is thoroughly accurate and complete, in the interest of the time of the Court,

Intervenors will not restate and re-argue points of law and authorities which have been fully and adequately briefed by Plaintiffs' briefing on all points and in response to Defendant and all others.

For these reasons, the Michigan Electors Intervenors pray that the Court grant the relief requested by Plaintiffs and by the Michigan Electors Intervenors as requested in Plaintiffs' complaint, emergency motion and briefing submitted in this action.

Respectfully submitted,

By: /s/ Charles Bundren

**BUNDREN LAW GROUP, PLLC**
Wm. Charles Bundren, Esq.
Lead Attorney and Attorney-in Charge
State Bar No. 03343200
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
(214) 808-3555     Telephone
(972) 624-5340     Facsimile
e-mail:     charles@bundrenlaw.net
**ATTORNEY FOR INTERVENORS:**

### CERTIFICATE OF ELECTRONIC FILING

The undersigned hereby certifies that this document has been filed by electronic means through the court's CM/ECF electronic filing system on the date indicated below.

### CERTIFICATE OF SERVICE UNDER LOCAL RULE

Pursuant to LOCAL RULE CV-5 (c)&(d) of the Local Civil Rules of the United States District Court for the Eastern District of Texas, Notice of Electronic

Filing of this document automatically generated by this Court's CM/ECF system constitutes service of this document under Federal Rule of Civil Procedure 5(b)(2)(E) and is sufficient service by serving the parties indicated below.

## **CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of January 2021 a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure and the United States District Court for the Eastern District of Texas Local Rules on all legal counsel of record for any party and all pro se parties by serving the following:

William Lewis Sessions
Texas Bar No. 18041500
Sessions & Associates, PLLC
14591 North Dallas Parkway, Suite 400
Dallas, TX 75254
Tel: (214) 217-8855
Fax: (214) 723-5346 (fax)
Email: lsessions@sessionslaw.net

Howard Kleinhendler
Howard Kleinhendler Esquire
NY Bar No. 2657120
369 Lexington Ave., 12th Floor
New York, New York 10017
Tel: (917) 793-1188
Fax: (732) 901-0832
Email: howard@kleinhendler.com

Lawrence J. Joseph
DC Bar No. 464777
Law Office of Lawrence J. Joseph
1250 Connecticut Ave, NW, Suite 700-1A
Washington, DC 20036
Tel: (202) 355-9452
Fax: 202) 318-2254
Email: ljoseph@larryjoseph.com

J rest Julia Z. Haller
DC Bar No. 466921
Brandon Johnson
DC Bar No. 491370
Defending the Republic
601 Pennsylvania Ave., NW
Suite 900
South Building
Washington, DC 20004
Tel: (561) 888-3166
Fax: 202-888-2162
Email: hallerjulia@outlook.com
Email: brandoncjohnson6@aol.com
**ATTORNEYS FOR PLAINTIFFS.**

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JENNIFER B. DICKEY
Principal Deputy Assistant Attorney General
*/s/ John V. Coghlan*
JOHN V. COGHLAN
Deputy Assistant Attorney General
Federal Programs Branch
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue N.W.
Washington, DC 20530
Tel: (202) 353-2793
Email: john.coghlan2@usdoj.gov
**ATTORNEYS FOR DEFENDANT.**


Caitlin Halligan (NY Bar No. 3933447)
Samuel Breidbart (NY Bar No. 5783352)
Adam K. Hersh (NY Bar No. 5693064)
Max H. Siegel (NY Bar No. 5652235)
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10104

Douglas N. Letter (DC Bar No. 253492)

*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Megan Barbero (MA Bar No. 668854)
Josephine Morse (DC Bar No. 1531317)
William E. Havemann (VA Bar No. 86961)
Eric R. Columbus (DC Bar No. 487736)
Lisa K. Helvin (DC Bar No. 988143)

Michael R. Dreeben (DC Bar No. 370586)
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue NW
Washington, D.C. 20001
Jonathan B. Schwartz (DC Bar No. 342758)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, DC 20515
Telephone: (202) 225-9700
Facsimile: (202) 226-1360
douglas.letter@mail.house.gov
**ATTORNEYS FOR AMICUS U.S. HOUSE OF REPRESENTATIVES.**

John S. Campbell, pro se
Amicus Curiae
17 Oakland Terrace
Mobile, AL 36604
(251) 605-5675
consultingattorney@yahoo.com
**AMICUS CURIAE**

Alan Kennedy
Alan Hamilton Kennedy, Esquire
Colorado Bar No. 50275
1975 North Grant Street, # 421
Denver, CO 80203
(303) 345-3397
alan.kennedy@aya.yale.edu
**PROPOSED INTERVENOR-DEFENDANT.**

*Timothy P. Dowling*
Pro se
Texas State Bar No. 06083900
8017 Villefranche Dr.
Corpus Christi, TX 78414
(361) 960-3135
Relampago@aol.com
**PRO SE**


__x__ by the Court's CM/ECF Pacer electronic filing System pursuant to FRCP 5(b)(2)(E) and 5(b)(3), and LOCAL RULE CV-5 (c)&(d),

____ by certified mail return receipt requested deposited with the United States Postal Service on the date indicated above pursuant to FRCP 5(b)(2)(C),

____ by email at the email address indicated above pursuant to FRCP 5(b)(2)(E), and/or

____ by hand delivery service on the date indicated above pursuant to FRCP 5(b(2)(A) and
(B).


<u>By: /s/ Charles Bundren</u>
**BUNDREN LAW GROUP, PLLC**
Wm. Charles Bundren, Esq.
**ATTORNEY FOR INTERVENORS:**