# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

Louie Gohmert, Tyler Bowyer,
Nancy Cottle, Jake Hoffman,
Anthony Kern, James R. Lamon,
James Moorhead, Robert Montgomery,
Loraine Pellegrino, Greg Safsten,
Kelli Ward and Michael Ward
Plaintiffs

v.                                        Civil Action No. 6:20-cv-00660

(Election Matter)

The Honorable Michael R. Pence, Vice
President of the United States,
in his official capacity,
Defendant

## Notice to the Court and Parties in Interest that Defendant Takes No Position on Timothy P. Dowling's Motion to Intervene

The Court and parties in interest are hereby advised that counsel for Defendant has today advised Timothy P. Dowling in writing that Defendant takes "no position on your [Dowling's] motion to intervene." Dowling's motion to intervene is Document No. 19.

/s/ Timothy P. Dowling

Pro se
Texas State Bar No. 06083900
8017 Villefranche Dr.
Corpus Christi, TX 78414
(361) 960-3135
Relampago@aol.com

Certificate of service

The undersigned hereby certifies that counsel who have made an appearance in this case were served on January 1, 2021 after this pleading was filed via the Court' ECF filing system.

/s/ Timothy P. Dowling

2

3