IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LOUIE GOHMERT, TYLER BOWYER NANCY COTTLE, JAKE HOFFMAN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD, | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 6:20-cv-660-JDK |
| THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT, in his official capacity, | § | |
| Defendant, | § | |
| and | § | (Election Matter) |
| ALAN KENNEDY, | § | |
| Proposed Intervenor-Defendant. | § | |

**[PROPOSED] ORDER**

**AND NOW**, this ___ day of ___, 20__, upon consideration of Proposed Intervenor-Defendant's Emergency Amended Motion to Intervene, **IT IS HEREBY ORDERED** that the motion to intervene is **GRANTED** and Alan Kennedy officially added as Intervenor-Defendant.

Upon consideration of Plaintiffs' Complaint, Plaintiffs' Emergency Motion for Expedited Declaratory Judgment and Emergency Injunctive Relief, and responsive filings by Defendant and Proposed Intervenor-Defendant, **IT IS HEREBY ORDERED** that Plaintiffs' emergency motion is **DENIED**, and Plaintiffs' complaint is **DISMISSED**.

BY THE COURT:

_____
THE HON. JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE