IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE HONORABLE LOUIE GOHMERT, et al., | § § § § § | |
| Plaintiffs, | | |
| v. | § § § | Case No. 6:20-cv-660-JDK |
| THE HONORABLE MICHAEL R. PENCE, IN HIS OFFICIAL CAPACITY AS VICE PRESIDENT OF THE UNITED STATES, | § § § § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

The Court, having considered Plaintiffs' case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. All pending motions are **DENIED** as **MOOT**.[1]

The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **1st** day of **January, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that there are several pending motions to intervene. *See* Docket Nos. 15, 19, 25, 36. "An existing suit within the court's jurisdiction is a prerequisite of an intervention." *Kendrick v. Kendrick*, 16 F.2d 744, 745 (5th Cir. 1926). Because the Court lacks subject matter jurisdiction over this case, there is no live case or controversy in which the interested parties can intervene.