**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| LOUIE GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD, | Civil Action No. 6:20-cv-00660-JDK |
| Plaintiffs, | |
| v. | **(Election Matter)** |
| THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, in his official capacity, | |
| Defendant. | |

**PLAINTIFFS' NOTICE OF APPEAL**

Pursuant to FED. R. APP. P. 3 and 4, notice is hereby given that U.S. Rep. Louie Gohmert (TX-1), Tyler Bowyer, Nancy Cottle, Jake Hoffman, Anthony Kern, James R. Lamon, Sam Moorhead, Robert Montgomery, Loraine Pellegrino, Greg Safsten, Kelli Ward, and Michael Ward—plaintiffs in the above-captioned action—hereby appeal to the United States Court of Appeals for the Fifth Circuit the Order of Dismissal and the accompanying Final Judgment entered by the United States District Court for the Eastern District of Texas in the above-captioned action on January 1, 2021 (ECF #37 and #38, respectively).

Dated: January 1, 2021                                    Respectfully submitted,


/s/ Lawrence J. Joseph                                    /s/ William Lewis Sessions
_____                                 _____
Lawrence J. Joseph                                       William Lewis Sessions
    admitted *pro hac vice*                                 Texas Bar No. 18041500
DC Bar No. 464777                                        Sessions & Associates, PLLC
Law Office of Lawrence J. Joseph                         14591 North Dallas Parkway, Suite 400
1250 Connecticut Ave, NW, Suite 700-1A                   Dallas, TX 75254
Washington, DC 20036                                     Tel: (214) 217-8855
Tel: (202) 355-9452                                      Fax: (214) 723-5346
Fax: 202) 318-2254                                       Email: lsessions@sessionslaw.net
Email: ljoseph@larryjoseph.com


                                                         Julia Z. Haller
Howard Kleinhendler                                      DC Bar No. 466921
    admitted *pro hac vice*                                     admitted *pro hac vice*
Howard Kleinhendler Esquire                              Brandon Johnson
NY Bar No. 2657120                                       DC Bar No. 491370
369 Lexington Ave., 12th Floor                           Defending the Republic
New York, New York 10017                                 601 Pennsylvania Ave., NW
Tel: (917) 793-1188                                      Suite 900
Fax: (732) 901-0832                                      South Building
Email: howard@kleinhendler.com                           Washington, DC 20004
                                                         Tel: (561) 888-3166
                                                         Fax: (202) 888-2162
                                                         Email: hallerjulia@outlook.com
                                                         Email: brandoncjohnson6@aol.com

                                                         *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date specified below, I electronically filed the foregoing notice

of appeal with the Clerk of the Court using the CM/ECF system, which I understand to have caused

the service of all parties' counsel of record.

Dated: January 1, 2021

/s/ Lawrence J. Joseph
Lawrence J. Joseph
   admitted *pro hac vice*
DC Bar No. 464777
Law Office of Lawrence J. Joseph
1250 Connecticut Ave, NW, Suite 700-1A
Washington, DC 20036
Tel: (202) 355-9452
Fax: 202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Plaintiffs*